CENTURY FACTORS, INC., v. B. LINDNER & BRO., INC.— Motion denied, with

ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.